Misc. No. 14–8008/AR. Timothy B. Hennis, Petitioner v. Siobahn Ledwith, Colonel, United States Army, Commandant, U.S. Disciplinary Barracks, the United States Army, and the United States, Respondents. CCA 20100304. Notice is hereby given that a petition for extraordinary relief in the nature of a writ of habeas corpus was filed under Rule 27(a) on this date.